| Fill in this information to identify the case: | |
|---|---|
| Debtor name   Cal Neva Lodge, LLC | |
| United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA | |
| Case number (if known)   16-bk-10514 | ☐ Check if this is an amended filing |

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | Calendar Year | Condominium Purchase Discount Agreements | $300,000.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | See Attached Rider 3 and Notes to Rider | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other_____ |

Debtor  Cal Neva Lodge, LLC _____   Case number *(if known)* 16-bk-10514

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

### Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|
   | George Stuart Yount, et al. vs. Criswell Radovan, LLC ... CR CAL NEVA LODGE, LLC et al. Case No. CV16-00767 | Breach of Contract | In the Second Judicial District of the State of Nevada In and for the County of Washoe | Pending/Stayed |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

### Part 4:  Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ☑ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

Debtor  Cal Neva Lodge, LLC                                              Case number *(if known)* 16-bk-10514

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Jeffer Mangels Butler & Mitchell LLP**<br>**1900 Avenue of the Stars,**<br>**7th Floor**<br>**Los Angeles, CA 90067** | Money | 4/12/2016 | $25,000.00 |
| **Jeffer Mangels Butler & Mitchell LLP**<br>**1900 Avenue of the Stars,**<br>**7th Floor**<br>**Los Angeles, CA 90067** | Money | 5/17/2016 | $75,000.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Debtor  Cal Neva Lodge, LLC    Case number (if known) 16-bk-10514

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1 | 1336 Oak Avenue, Suite D<br>Saint Helena, CA 94574 | 2013 to Petition Date |
| 14.2 | 2 Stateline Road<br>Crystal Bay, NV 89402 | 2013 to Petition Date |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other____ | | |

Debtor  Cal Neva Lodge, LLC                                      Case number (if known) 16-bk-10514

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

### 19. Safe deposit boxes
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

Debtor  Cal Neva Lodge, LLC                                         Case number (if known) 16-bk-10514

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No.
   ☐ Yes. Provide details below.

   | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☑ No.
   ☐ Yes. Provide details below.

   | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

   | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>80-0913501<br>Dates business existed |
   |---|---|---|
   | **New Cal-Neva Lodge, LLC** | **Owner of Cal Neva Lodge & Resort** | **2013 to Present** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

   | Name and address | | Date of service From-To |
   |---|---|---|
   | **26a.1.** | Lisa Pacey<br>3901 Young Avenue<br>Napa, CA 94558 | **2013 to Present** |
   | **26a.2.** | Heather Hill<br>6133 Arnie Drive<br>Windsor, CA 95492 | **2013 to Present** |
   | **26a.3.** | Stectrum - Paula Hickey | **2013 to Present** |

Debtor  Cal Neva Lodge, LLC_____  Case number (if known) 16-bk-10514_____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| **26b.1.** Spectrum - Paula Hickey | **2013 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**

**Debtor - Cal Neva Lodge, LLC**
**1336 Oak Avenue, Suite D**
**Saint Helena, CA 94574**

**If any books of account and records are unavailable, explain why**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

**Manager of Debtor is CR Cal Neva, LLC, a Nevada limited liability company. The members of CR Cal Neva, LLC are William T. Criswell and Sharon L. Criswell as Trustees of Criswell Revocable Trust Dated March 14, 2014, Robert Radovan and Brandyn Iverson**

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor   Cal Neva Lodge, LLC                                    Case number (if known) 16-bk-10514

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Name of the parent corporation                                  Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Name of the parent corporation                                  Employer Identification number of the parent corporation

### Part 14:  Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/24/16

_____        Robert Radovan
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Vice President of CR Cal Neva, LLC-Manager of Cal Neva Lodge, LLC

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In re:                                                                                          Case No. 16-10514 TEC
Cal Neva Lodge, LLC

## NOTE TO STATEMENT OF FINANCIAL AFFAIRS, PART 2: LIST CERTAIN TRANSFERS MADE BEFORE FILING FOR BANKRUPTCY

Cal Neva Lodge, LLC is a Nevada limited liability company ("Debtor"). Debtor filed its chapter 11 petition on June 10, 2016 (the "Petition Date").

In the interests of full disclosure and in order to provide creditors and parties in interest with a more complete understanding of Debtor's Statement of Financial Affairs, Part 2: List Certain Transfers Made Before Filing for Bankruptcy, Debtor provides this additional note explaining the status and nature of pre-bankruptcy payments to third parties.

Debtor owns 100% of the membership interests in a separate limited liability company, New Cal-Neva Lodge, LLC, a Nevada limited liability company ("Property Owner LLC"). Property Owner LLC (not Debtor) owns the real property and improvements thereon generally described as the Cal Neva Resort and Lodge, located on the border of California and Nevada at Lake Tahoe (the "Property").

Property Owner LLC acquired the Property in 2013. Since the acquisition of the Property (except for certain funds received in 2016 on account of certain Condominium Purchase Discount Agreements (the "Condo Agreements")), 100% of all income/revenues/monies received on account of or generated by the Property belong to and are allocable to the Property Owner LLC. Debtor has no income of its own and has not generated any income/revenue/monies (except for funds received in 2016 on account of the Condo Agreements) since the time the Property was acquired in 2013. Notwithstanding, pre-bankruptcy, substantially all bills/expenses for the Property were paid through a bank account in the name of Debtor, which account held only funds owned by and attributable to Property Owner LLC. In sum, Debtor's bank account was used as a conduit for the payment of all bills/expenses/claims of and against the Property, all of which bills/expenses/claims are attributable to Property Owner LLC, not Debtor. This arrangement ceased as of the Petition Date, and post-petition, all bills/expenses/claims of the Property are and will be paid out of bank accounts in the name of Property Owner LLC, as and when funds are available.

On the attached Rider 3 to the Statement of Financial Affairs, for those payments noted as a "Property Owner LLC Obligation", payment was made not on account of a claim against Debtor, but instead, on account of a claim against Property Owner LLC (from funds which were owned by Property Owner LLC). For the payments set forth on the attached Rider 3 to the Statement of Financial Affairs not noted as a "Property Owner LLC Obligation", such payment was made on account of a claim against Debtor or a claim against Debtor and Property Owner LLC jointly.

LA 5213097v1

Statement of Financial Affairs

Rider 3.1

| | Creditor's Name and Address | Dates | | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|---|
| 3.1 | IVGID Public Works | 4/5/16 | $461.30<br>$11,771.91<br>$ 827.18 | Acct 01320300-01<br>Acct 03131800-01<br>Acct 01320400-10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| | | | Total: $13,060.39 | | |
| | NV Energy<br><br>(Property Owner LLC Obligation) | 4/5/16 | $ 171.51<br>$    2.94<br>$2,500.00<br>$3,000.00<br>$697.71<br>$570.91<br>$782.48<br>$514.38 | Acct 3689<br>Acct 3598<br>Acct 8495 Installmt 1<br>Acct 8495 Installmt 2<br>Acct 2830<br>Acct 3382<br>Acct 3523<br>Acct 3671 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| | | | Total: 8,289.43 | | |
| | Spectrum CPA Group, LLP | 4/5/16 | $2,085.50<br>$4,565.40<br>$980.50<br>$2,807.50 | Inv 39912<br>Inv. 40051<br>Inv 40180<br>Inv. 40832 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| | | | Total: $10,438.90 | | |
| | Charter Communications | 4/5/16 | $164.64<br><br>$7,186.18 | Acct 8751150110109052<br>(9898 Lake)<br>Acct 8354130020187209<br>(Cal Neva) | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| | | | Total:    $7,350.82 | | |
| | Jeffer Mangels Butler & Mitchell LLP<br><br>(Property Owner LLC Obligation) | 4/12/16 | $19,999.47 | Inv 1655582 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| | Hal Thannisch<br><br>(Property Owner LLC Obligation) | 4/27/16 | $6,341.92 | Expense Reimbursement November & December 2015 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |

LA 12964665v1

| Creditor's Name and Address | Dates | | Total amount of value | | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|---|
| IVGID | 4/27/16 | | $262.28 | 01320400-01 Cal Neva water | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
|  |  |  | $4,023.66 | 03131800-01 Cal Neva water |  |
|  |  |  | $142.20 | 01320300-01 Cal Neva water |  |
|  |  | Total: | 4,428.14 |  |  |
| Hal Thannisch<br><br>(Property Owner LLC Obligation) | 5/11/16 |  | $5460.31 | Expense Reimbursement August 2015 |  |
| IPFS Corporation | 5/11/16 |  | $8,450.44 | Acct. TXH – 485802-9898 Lake Insurance (Fairwinds House) |  |

2