16−10514 Cal Neva Lodge, LLC
Type: bk    Chapter: 11 v    Office: 1 (Santa Rosa)
Assets: y    Judge: AJ    Case Flag: PlnDue, DsclsDue, TRNSFD−OUT
Case 547666:

# U.S. Bankruptcy Court
## Northern District of California (Santa Rosa)
### Bankruptcy Petition #: 16−10514

*Assigned to:* Judge Alan Jaroslovsky
Chapter 11
Voluntary
Asset
Claims Register

*Date filed:* 06/10/2016
*341 meeting:* 07/29/2016
*Deadline for filing claims:* 10/13/2016

*Debtor*
**Cal Neva Lodge, LLC**
1336 Oak Avenue
Suite D
Saint Helena, CA 94574
NAPA−CA
310 203−8080
Tax ID / EIN: 46−5399582

represented by **David M. Poitras**
Jeffer Mangels Butler and Marmaro
1900 Avenue of the Stars 7th Fl
Los Angeles, CA 90067−2904
(310) 201−3571
Email: dpoitras@jmbm.com

*Responsible Ind*
**Robert Radovan**
1336 Oak Ave., Ste. D
St. Helena, CA 94574

*U.S. Trustee*
**Office of the U.S. Trustee / SR**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102

represented by **Shining J. Hsu**
Office of the United States Trustee
280 S 1st St, #268
San Jose, CA 95113
(408)535.5525
Email: shining.hsu@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 06/10/2016 | 1 | Chapter 11 Voluntary Petition for Non−Individual, Fee Amount $1717, Filed by Cal Neva Lodge, LLC. Order Meeting of Creditors due by 06/17/2016.Incomplete Filings due by 06/24/2016. (Poitras, David) (PDF includes Corporate Ownership Statement and List of 20 largest unsecured creditors) Modified on 6/13/2016 (ta). (Entered: 06/10/2016) |
| 06/10/2016 | | Receipt of filing fee for Voluntary Petition (Chapter 11)(16−10514) [misc,volp11] (1717.00). Receipt number 26393019, amount $1717.00 (re: Doc# 1 Voluntary Petition (Chapter 11)) (U.S. Treasury) (Entered: 06/10/2016) |
| 06/10/2016 | | First Meeting of Creditors with 341(a) meeting to be held on 07/15/2016 at 11:00 AM at Santa Rosa U.S. Trustee Office. Proof of Claim due by 10/13/2016. (Poitras, David) (Entered: 06/10/2016) |
| 06/13/2016 | 2 | |

|  |  |  | Order To File Required Documents and Notice Regarding Automatic Dismissal. (ta) (Please see amended order [document #4]) Modified on 6/14/2016 (ds). (Entered: 06/13/2016) |
| --- | --- | --- | --- |
| 06/13/2016 |  | 3 | Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (ta) (Entered: 06/13/2016) |
| 06/14/2016 |  | 4 | Order To File Required Documents and Notice Regarding Automatic Dismissal (Amended) (ds) Modified on 6/14/2016 (ds). (Entered: 06/14/2016) |
| 06/14/2016 |  | 5 | Notice of Appearance and Request for Notice by Shining J. Hsu. Filed by U.S. Trustee Office of the U.S. Trustee / SR (Hsu, Shining) (Entered: 06/14/2016) |
| 06/15/2016 |  | 6 | BNC Certificate of Mailing − Meeting of Creditors. (RE: related document(s) 3 Generate 341 Notices). Notice Date 06/15/2016. (Admin.) (Entered: 06/15/2016) |
| 06/15/2016 |  | 7 | BNC Certificate of Mailing − Electronic Order (RE: related document(s) 2 Order to File Missing Documents). Notice Date 06/15/2016. (Admin.) (Entered: 06/15/2016) |
| 06/16/2016 |  | 8 | BNC Certificate of Mailing − Electronic Order (RE: related document(s) 4 Order to File Missing Documents). Notice Date 06/16/2016. (Admin.) (Entered: 06/16/2016) |
| 06/23/2016 |  | 9 | Request for Notice Filed by Creditor George Stuart Yount, individually, and in his capacity as owner of George Stuart Yount IRA (Dreher, Jamie) (Entered: 06/23/2016) |
| 06/23/2016 |  | 10 | Certificate of Service (RE: related document(s)9 Request for Notice). Filed by Creditor George Stuart Yount, individually, and in his capacity as owner of George Stuart Yount IRA (Dreher, Jamie) (Entered: 06/23/2016) |
| 06/24/2016 |  | 11 | Request for Notice Filed by Creditor Ladera Development, LLC (Rios, Jason) (Entered: 06/24/2016) |
| 06/24/2016 |  | 12 | Certificate of Service (RE: related document(s)11 Request for Notice). Filed by Creditor Ladera Development, LLC (Rios, Jason) (Entered: 06/24/2016) |
| 06/24/2016 |  | 13 | Schedules A−H. , Summary of Assets and Liabilities for Non−Individual , Declaration Under Penalty of Perjury for Non−Individual Debtors Filed by Debtor Cal Neva Lodge, LLC (Poitras, David) (Entered: 06/24/2016) |
| 06/24/2016 |  | 14 | Statement of Financial Affairs for Non−Individual (RE: related document(s)1 Voluntary Petition (Chapter 11)). Filed by Debtor Cal Neva Lodge, LLC (Poitras, David) (Entered: 06/24/2016) |
| 06/24/2016 |  | 15 | Amended Chapter 11 or Chapter 9 Cases Non−Individual: List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders Filed by Debtor Cal Neva Lodge, LLC (Poitras, David) (Entered: 06/24/2016) |
| 06/24/2016 |  | 16 | Application to Employ Jeffer Mangels Butler & Mitchell LLP as Debtor's Counsel *Notice of Application and Application of Debtor and Debtor in* |

| | | | |
|---|---|---|---|
| | | | *Possession for Order Authorizing the Employment of Jeffer Mangels Butler & Mitchell LLP as Debtor's Counsel; Declaration of David M. Poitras in Support Thereof* Filed by Debtor Cal Neva Lodge, LLC (Attachments: # 1 Exhibit Exhibit A − 1 of 2 # 2 Exhibit Exhibit A − 2 of 2 # 3 Exhibit Exhibit B # 4 Exhibit Exhibit C # 5 Exhibit Exhibit D # 6 Certificate of Service) (Poitras, David) (Entered: 06/24/2016) |
| 06/24/2016 | | 17 | Withdrawal of Documents (RE: related document(s)16 Application to Employ). Filed by Debtor Cal Neva Lodge, LLC (Poitras, David) (Entered: 06/24/2016) |
| 06/24/2016 | | 18 | Application to Employ Jeffer Mangels Butler & Mitchell LLP as Debtor's Counsel *Notice of Application and Application of Debtor and Debtor in Possession for Order Authorizing the Employment of Jeffer Mangels Butler & Mitchell LLP as Debtor's Counsel; Declaration of David M. Poitras in Support Thereof* Filed by Debtor Cal Neva Lodge, LLC (Attachments: # 1 Exhibit Exhibit A − Part 1 of 3 # 2 Exhibit Exhibit A − Part 2 of 3 # 3 Exhibit Exhibit A − Part 3 of 3 # 4 Exhibit Exhibits B, C and D # 5 Certificate of Service) (Poitras, David) (Entered: 06/24/2016) |
| 07/01/2016 | | 19 | Objection */ United States Trustee's Objection to Debtor's Application to Employ Jeffer Mangels Butler & Mitchell LLP as Debtor's Counsel* (RE: related document(s)18 Application to Employ). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Certificate of Service) (Hsu, Shining) (Entered: 07/01/2016) |
| 07/01/2016 | | 20 | Chapter 11 Status Conference Order and Notice of Possible Conversion or Dismissal. **Status Conference scheduled for 8/2/2016 at 09:30 AM at Santa Rosa Courtroom − Carlson.** (lj) (Entered: 07/01/2016) |
| 07/08/2016 | | 21 | Application to Designate Robert Radovan as Responsible Individual *Application for Order Designating Responsible Individual for Debtor and Debtor−in−Possession* Filed by Debtor Cal Neva Lodge, LLC (Attachments: # 1 Certificate of Service) (Poitras, David) (Entered: 07/08/2016) |
| 07/08/2016 | | 22 | Report: *Periodic Report Regarding Value, Operations and Profitability of Entities In Which The Estate of Cal Neva Lodge, LLC Holds a Substantial or Controlling Interest* Filed by Debtor Cal Neva Lodge, LLC (Attachments: # 1 Certificate of Service) (Poitras, David) (Entered: 07/08/2016) |
| 07/11/2016 | | 23 | Order Approving Designation of Responsible Individual Robert Radovan for Debtor and Debtor−In−Possession (Related Doc # 21) (lj) (Entered: 07/11/2016) |
| 07/11/2016 | | 24 | Notice of Hearing (RE: related document(s)18 Application to Employ Jeffer Mangels Butler & Mitchell LLP as Debtor's Counsel *Notice of Application and Application of Debtor and Debtor in Possession for Order Authorizing the Employment of Jeffer Mangels Butler & Mitchell LLP as Debtor's Counsel; Declaration of David M. Poitras in Support Thereof* Filed by Debtor Cal Neva Lodge, LLC (Attachments: # 1 Exhibit Exhibit A − Part 1 of 3 # 2 Exhibit Exhibit A − Part 2 of 3 # 3 Exhibit Exhibit A − Part 3 of 3 # 4 Exhibit Exhibits B, C and D # 5 Certificate of Service)). **Hearing scheduled for 8/2/2016 at 09:30 AM at Santa Rosa Courtroom − Carlson.** Filed by Debtor Cal Neva Lodge, LLC (Attachments: # 1 Certificate of Service) (Poitras, David) (Entered: 07/11/2016) |

| | | | |
|---|---|---|---|
| 07/11/2016 | | 25 | Amended Summary of Assets and Liabilities for Non−Individual *[The amendment corrects a computation error regarding Total liabilities at Part 2: No. 4]* Filed by Debtor Cal Neva Lodge, LLC (Attachments: # 1 Certificate of Service) (Poitras, David) (Entered: 07/11/2016) |
| 07/18/2016 | | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued *Debtor's responsible individual to provide certain requested documents and answer follow up questions. If completed before continued meeting, meeting will be concluded without appearance..* 341(a) meeting to be held on 7/29/2016 at 01:00 PM Santa Rosa U.S. Trustee Office (McGee, Margaret) (Entered: 07/18/2016) |
| 07/21/2016 | | 26 | Operating Report for Filing Period Month Ended 6/30/2016 *Monthly Operating Report (Small Real Estate/Individual Case) Month Ended: 06/30/16* Filed by Debtor Cal Neva Lodge, LLC (Attachments: # 1 Certificate of Service) (Poitras, David) (Entered: 07/21/2016) |
| 07/25/2016 | | 27 | Amended Schedule A/B,. , Amended Schedule E/F . Fee Amount $30., Summary of Assets and Liabilities for Non−Individual *; Declaration Under Penalty of Perjury for Non−Individual Debtors* Filed by Debtor Cal Neva Lodge, LLC (Attachments: # 1 Certificate of Service) (Poitras, David) (Entered: 07/25/2016) |
| 07/25/2016 | | | Receipt of filing fee for Amended Schedules (D, E, and F − Fee Required)(16−10514) [misc,amdsch] ( 30.00). Receipt number 26546261, amount $ 30.00 (re: Doc# 27 Amended Schedules (D, E, and F − Fee Required)) (U.S. Treasury) (Entered: 07/25/2016) |
| 07/25/2016 | | 28 | Status Conference Statement *Debtor's Status Conference Statement* (RE: related document(s)20 Order for Status Conference). Filed by Debtor Cal Neva Lodge, LLC (Attachments: # 1 Certificate of Service) (Poitras, David) (Entered: 07/25/2016) |
| 07/26/2016 | | 29 | Motion *Request for Special Notice* Filed by Creditor The Penta Building Group, Inc. (Provencher, Douglas) Incorrect event code used. pdf is a request for notice. Modified on 7/27/2016 (lj). (Entered: 07/26/2016) |
| 07/26/2016 | | 30 | Reply *Debtor's Reply to the United States Trustee's Objection to Debtor's Application for Order Authorizing the Employment of Jeffer Mangels Butler & Mitchell LLP as Debtor's Counsel; Supplemental Declaration of David M. Poitras in Support Thereof* (RE: related document(s)19 Objection). Filed by Debtor Cal Neva Lodge, LLC (Attachments: # 1 Certificate of Service) (Poitras, David) (Entered: 07/26/2016) |
| 07/29/2016 | | | Meeting of Creditors Held. *and concluded on July 28, 2016.* (Hsu, Shining) (Entered: 07/29/2016) |
| 07/29/2016 | | 31 | Tentative Ruling RE Debtor's Application to Employ Counsel. (kl) (Entered: 07/29/2016) |
| 08/02/2016 | | 32 | Motion to Change Venue/Inter−District Transfer *to the Bankruptcy Court for the District of Nevada in Reno NV* Filed by Creditor The Penta Building Group, Inc. (Provencher, Douglas) (Entered: 08/02/2016) |
| 08/02/2016 | | 33 | Exhibit *1 to Motion to Change Venue to the Bankruptcy Court of Nevada in Reno Nevada* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer). Filed by Creditor The Penta Building Group, Inc. (Provencher, Douglas) (Entered: 08/02/2016) |

| | | | |
|---|---|---|---|
| 08/02/2016 | | 34 | Declaration of Dawn M. Cica in Support of *Motion to Change Venue to Bankruptcy Court of Nevada in Reno Nevada* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer). Filed by Creditor The Penta Building Group, Inc. (Attachments: # 1 Exhibit 1−15) (Provencher, Douglas) (Entered: 08/02/2016) |
| 08/02/2016 | | 35 | Declaration of Bryan RIchards in Support of *Motion to Change Venue to Bankruptcy Court of Nevada in Reno Nevada* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer). Filed by Creditor The Penta Building Group, Inc. (Attachments: # 1 Exhibit 1 part one # 2 Exhibit 1 Part two # 3 Exhibit 1 Part 3 # 4 Exhibit 1 Part 4 # 5 Exhibit 2) (Provencher, Douglas) (Entered: 08/02/2016) |
| 08/02/2016 | | 36 | Notice of Hearing *on Motion to Change Venue to the Bankruptcy Court for the District of Nevada in Reno Nevada* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer *to the Bankruptcy Court for the District of Nevada in Reno NV* Filed by Creditor The Penta Building Group, Inc.). **Hearing scheduled for 9/6/2016 at 09:30 AM at Santa Rosa Courtroom − Carlson.** Filed by Creditor The Penta Building Group, Inc. (Provencher, Douglas) (Entered: 08/02/2016) |
| 08/02/2016 | | | Hearing Held (related document(s): 18 Application to Employ Jeffer Mangels Butler and Mitchell LLP as Debtor's Counsel) (After hearing, application approved. Moving party to submit order. Appearances: Dawn Cica, Douglas Provencher, David Poitras. Telephone Appearances: Richard Campbell, Jr., Shining Hsu, Jason Rios)(ds ) (Entered: 08/02/2016) |
| 08/02/2016 | | | Hearing Continued (related document(s): 20 Status Conference) **Hearing scheduled for 09/09/2016 at 09:00 AM at Santa Rosa Courtroom − Carlson.** (After hearing, future hearings in this case will be with Judge Jaroslovsky. Appearances: Dawn Cica, Douglas Provencher, David Poitras. Telephone Appearances: Richard Campbell, Jr., Shining Hsu, Jason Rios) (ds ) (Entered: 08/02/2016) |
| 08/02/2016 | | 37 | Order Transferring Case to Judge Jaroslovsky (ds) (Entered: 08/02/2016) |
| 08/02/2016 | | | Judge Alan Jaroslovsky added to case. Involvement of Judge Thomas E. Carlson Terminated (ds) (Entered: 08/02/2016) |
| 08/02/2016 | | 38 | PDF with attached Audio File. Court Date & Time [ 8/2/2016 9:34:55 AM ]. File Size [ 2752 KB ]. Run Time [ 00:11:28 ]. ( ). (admin). (Entered: 08/02/2016) |
| 08/03/2016 | | 39 | Amended Notice of Hearing *on Motion to Change Venue to the Bankruptcy Court for the District of Nevada in Reno Nevada and Notice of Continued Status Conference* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer *to the Bankruptcy Court for the District of Nevada in Reno NV* Filed by Creditor The Penta Building Group, Inc.). **Hearing scheduled for 9/2/2016 at 09:00 AM at Santa Rosa Courtroom − Jaroslovsky.** Filed by Creditor The Penta Building Group, Inc. (Provencher, Douglas) (Entered: 08/03/2016) |
| 08/04/2016 | | 40 | Order Granting Application to Employ Jeffer Mangels Butler and Mitchell LLP as Debtor's Counsel (Related Doc # 18Application to Employ Jeffer Mangels Butler & Mitchell LLP as Debtor's Counsel ) (lj) (Entered: 08/04/2016) |

| | | | |
|---|---|---|---|
| 08/04/2016 | | 41 | Hearing Set On (RE: related document(s)20 Order for Status Conference). **Hearing scheduled for 9/2/2016 at 09:00 AM at Santa Rosa Courtroom − Jaroslovsky.** (ds) (Entered: 08/04/2016) |
| 08/11/2016 | | 42 | Motion to Continue Hearing On − *Debtor's Motion to Continue Status Conference* (RE: related document(s)20 Order for Status Conference). Filed by Debtor Cal Neva Lodge, LLC (Poitras, David) (Entered: 08/11/2016) |
| 08/11/2016 | | 43 | Order To Continuing Chapter 11 Status Conference (RE: related document(s)20 Order for Status Conference, 42 Motion to Continue Hearing On − Debtor's Motion to Continue Status Conference filed by Debtor Cal Neva Lodge, LLC). **Hearing scheduled for 9/16/2016 at 10:00 AM Santa Rosa Courtroom − Jaroslovsky for 20, .** (lj) (Entered: 08/11/2016) |
| 08/11/2016 | | | Hearing Continued (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer *to the Bankruptcy Court for the District of Nevada in Reno NV*). **Hearing scheduled for 9/16/2016 at 10:00 AM Santa Rosa Courtroom − Jaroslovsky for 32, .** (ds) (Entered: 08/11/2016) |
| 08/19/2016 | | 44 | Request for Notice Filed by Interested Party Northlight Real Estate Opportunity Fund, LP (Attachments: # 1 Certificate of Service) (Hart, Christopher) (Entered: 08/19/2016) |
| 08/22/2016 | | 45 | Operating Report for Filing Period July 31, 2016 *Monthly Operating Report (Month Ended: 7/31/16)* Filed by Debtor Cal Neva Lodge, LLC (Attachments: # 1 Certificate of Service) (Poitras, David) (Entered: 08/22/2016) |
| 08/23/2016 | | 46 | Declaration of Mark Briggs in Support of *Motion to Change Venue to Bankruptcy Court of Nevada in Reno Nevada* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer). Filed by Creditor The Penta Building Group, Inc. (Provencher, Douglas) (pdf is captioned for 16−10514 Cal Neva Lodge, LLC and 16−10648 New Cal Neva Lodge, LLC) Modified on 8/24/2016 (lj). (Entered: 08/23/2016) |
| 08/23/2016 | | 47 | Declaration of Patricia Bullentini in Support of *Motion to Change Venue to Bankruptcy Court of Nevada in Reno Nevada* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer). Filed by Creditor The Penta Building Group, Inc. (Provencher, Douglas) (pdf is captioned for 16−10514 Cal Neva Lodge, LLC and 16−10648 New Cal Neva Lodge, LLC). Modified on 8/24/2016 (lj). (Entered: 08/23/2016) |
| 08/23/2016 | | 48 | Declaration of Mark Morganstein in Support of *Motion to Change Venue to Bankruptcy Court of Nevada in Reno Nevada* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer). Filed by Creditor The Penta Building Group, Inc. (Provencher, Douglas) (pdf is captioned for 16−10514 Cal Neva Lodge, LLC and 16−10648 New Cal Neva Lodge, LLC). Modified on 8/24/2016 (lj). (Entered: 08/23/2016) |
| 08/24/2016 | | 49 | Declaration of Shawn Linch in Support of *Motion to Change Venue to Bankruptcy Court of Nevada in Reno Nevada* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer). Filed by Creditor The Penta Building Group, Inc. (Provencher, Douglas) (pdf is captioned for 16−10514 Cal Neva Lodge, LLC and 16−10648 New Cal Neva Lodge, LLC). Modified on 8/24/2016 (lj). (Entered: 08/24/2016) |

| | | | |
|---|---|---|---|
| 08/24/2016 | | 50 | Declaration of Wes Tews in Support of *Motion to Change Venue to Bankruptcy Court of Nevada in Reno Nevada* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer). Filed by Creditor The Penta Building Group, Inc. (Provencher, Douglas) (pdf is captioned for 16−10514 Cal Neva Lodge, LLC and 16−10648 New Cal Neva Lodge, LLC)Modified on 8/25/2016 (lj). (Entered: 08/24/2016) |
| 08/26/2016 | | 51 | Stipulation, Regarding Briefing for Motion to Change Venue Filed by Debtor Cal Neva Lodge, LLC, Creditor The Penta Building Group, Inc. (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer filed by Creditor The Penta Building Group, Inc.). (Provencher, Douglas) (Entered: 08/26/2016) |
| 08/29/2016 | | 52 | Order Regarding Briefing for Motion to Change Venue (RE: related document(s)51 Stipulation Regarding Briefing for Motion to Change Venue filed by Debtor Cal Neva Lodge, LLC, Creditor The Penta Building Group, Inc.). (Any opposition to Motion to Change Venue shall be filed and served by September 6, 2016 and any Reply in support of the motion to change venue shall be filed and served by September 12, 2016.) (lj) (Entered: 08/29/2016) |
| 09/01/2016 | | 53 | Declaration of Ford Lucas Burke in Support of *Motion to Change Venue to Bankruptcy Court of Nevada in Reno Nevada* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer). Filed by Creditor The Penta Building Group, Inc. (Provencher, Douglas) (pdf is captioned for 16−10514 Cal Neva Lodge, LLC and 16−10648 New Cal Neva Lodge, LLC). Modified on 9/2/2016 (lj). (Entered: 09/01/2016) |
| 09/01/2016 | | 54 | Declaration of Sherri Key in Support of *Motion to Change Venue to Bankruptcy Court of Nevada in Reno Nevada* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer). Filed by Creditor The Penta Building Group, Inc. (Provencher, Douglas) (pdf is captioned for 16−10514 Cal Neva Lodge, LLC and 16−10648 New Cal Neva Lodge, LLC) Modified on 9/2/2016 (lj). (Entered: 09/01/2016) |
| 09/01/2016 | | 55 | Declaration of Joe Bingham in Support of *Motion to Change Venue to Bankruptcy Court of Nevada in Reno Nevada* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer). Filed by Creditor The Penta Building Group, Inc. (Provencher, Douglas) (pdf is captioned for 16−10514 Cal Neva Lodge, LLC and 16−10648 New Cal Neva Lodge, LLC) Modified on 9/2/2016 (lj). (Entered: 09/01/2016) |
| 09/02/2016 | | 56 | Statement of */ Statement and Reservation of Rights of the United States Trustee to Motion of the Penta Building Group to Transfer Venue to the Bankruptcy Court for the District of Nevada in Reno, Nevada* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Certificate of Service) (Hsu, Shining) (Entered: 09/02/2016) |
| 09/06/2016 | | 57 | Response (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer). Filed by Creditor Ladera Development, LLC (Rios, Jason) (Entered: 09/06/2016) |
| 09/06/2016 | | 58 | Certificate of Service (RE: related document(s)57 Response). Filed by Creditor Ladera Development, LLC (Rios, Jason) (Entered: 09/06/2016) |
| 09/06/2016 | | 59 | Brief/Memorandum in Opposition to *Debtors Joint Opposition to Motion to Transfer Venue to the Bankruptcy Court for the District of Nevada in Reno, Nevada* (RE: related document(s)32 Motion to Change |

| | | | |
|---|---|---|---|
| | | | Venue/Inter−District Transfer). Filed by Debtor Cal Neva Lodge, LLC (Poitras, David) (Entered: 09/06/2016) |
| 09/06/2016 | | 60 | Declaration of Robert Radovan in in Support of *Declaration of Robert Radovan in Support of Debtors Joint Opposition to Motion to Transfer Venue to the Bankruptcy Court for the District of Nevada in Reno, Nevada* (RE: related document(s)59 Opposition Brief/Memorandum). Filed by Debtor Cal Neva Lodge, LLC (Poitras, David) (Entered: 09/06/2016) |
| 09/06/2016 | | 61 | Certificate of Service *Certificate of Service re: 1) Debtors Joint Opposition to Motion to Transfer Venue to the Bankruptcy Court for the District of Nevada in Reno, Nevada; and 2) Declaration of Robert Radovan in Support of Debtors Joint Opposition to Motion to Transfer Venue to the Bankruptcy Court for the District of Nevada in Reno, Nevada* (RE: related document(s)59 Opposition Brief/Memorandum, 60 Declaration). Filed by Debtor Cal Neva Lodge, LLC (Poitras, David) (Entered: 09/06/2016) |
| 09/09/2016 | | 62 | Status Conference Statement Filed by Debtor Cal Neva Lodge, LLC (Attachments: # 1 Certificate of Service) (Poitras, David) (Entered: 09/09/2016) |
| 09/12/2016 | | 63 | Reply *In Support of Motion to Transfer Venue to the District of Nevada* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer). Filed by Creditor The Penta Building Group, Inc. (Cira, Dawn) (Entered: 09/12/2016) |
| 09/12/2016 | | 64 | Declaration of Dawn M. Cica in In Support of *Reply In Support of Motion to Transfer Venue to the District of Nevada* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer). Filed by Creditor The Penta Building Group, Inc. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4) (Cira, Dawn) (Entered: 09/12/2016) |
| 09/12/2016 | | 65 | Declaration of Mark Briggs in In Support of *Reply In Support of Motion to Transfer Venue to the District of Nevada* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer). Filed by Creditor The Penta Building Group, Inc. (Cira, Dawn) (Entered: 09/12/2016) |
| 09/12/2016 | | 66 | Certificate of Service *Reply In Support of Motion to Transfer Venue to the District of Nevada* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer). Filed by Creditor The Penta Building Group, Inc. (Cira, Dawn). Related document(s) 63 Reply filed by Creditor The Penta Building Group, Inc.. Modified on 9/13/2016 − PDF is service on the reply. Court created link to correct document. (vj). (Entered: 09/12/2016) |
| 09/14/2016 | | 67 | Motion to Continue Hearing On *Debtor's Second Motion to Reschedule Status Conference* (RE: related document(s)43 Order to Continued Hearing, 62 Status Conference Statement filed by Debtor Cal Neva Lodge, LLC). Filed by Debtor Cal Neva Lodge, LLC (Attachments: # 1 Certificate of Service) (Poitras, David) (Entered: 09/14/2016) |
| 09/14/2016 | | 68 | Notice of Continued Hearing *Notice of Continuance of Hearing on Motion to Transfer Venue to the Bankruptcy Court for the District of Nevada in Reno, Nevada* (RE: related document(s)32 Motion to Change Venue/Inter−District Transfer *to the Bankruptcy Court for the District of Nevada in Reno NV* Filed by Creditor The Penta Building Group, Inc.). **Hearing scheduled for 9/30/2016 at 10:00 AM Santa Rosa Courtroom − Jaroslovsky for 32,.** Filed by Debtor Cal Neva Lodge, LLC |

|  |  |  | (Attachments: # 1 Certificate of Service) (Poitras, David) (pdf is captioned for 16−10514 Cal Neva Lodge, LLC and 16−10648 New Cal Neva Lodge, LLC) Modified on 9/15/2016 (lj). (Entered: 09/14/2016) |
|---|---|---|---|
| 09/15/2016 |  | 69 | Order Continuing Chapter 11 Status Conference. (RE: related document(s)20 Order for Status Conference). **Hearing scheduled for 9/30/2016 at 10:00 AM Santa Rosa Courtroom − Jaroslovsky for 20, .** (lj) (Entered: 09/15/2016) |
| 09/15/2016 |  | 70 | Tentative Ruling Re Motion to Transfer Venue (vj) (Entered: 09/15/2016) |
| 09/16/2016 |  |  | Hearing Continued (related document(s): 32 Motion to Change Venue/Inter−District Transfer) **Hearing scheduled for 09/30/2016 at 10:00 AM at Santa Rosa Courtroom − Jaroslovsky.** (ds ) (Entered: 09/16/2016) |
| 09/16/2016 |  |  | Hearing Continued (related document(s): 20 Chapter 11 Status Conference Order and Notice of Possible Conversion or Dismissal) **Hearing scheduled for 09/30/2016 at 10:00 AM at Santa Rosa Courtroom − Jaroslovsky.** (ds ) (Entered: 09/16/2016) |
| 09/16/2016 |  | 71 | Request for Notice Filed by Interested Party New Cal−Neva Lodge, LLC (Attachments: # 1 Certificate of Service) (Benvenutti, Peter) (Entered: 09/16/2016) |
| 09/16/2016 |  | 72 | Request for Notice Filed by Interested Party New Cal−Neva Lodge, LLC (Attachments: # 1 Certificate of Service) (Levinson Silveira, Dara) (Entered: 09/16/2016) |
| 09/19/2016 |  | 73 | Notice of Appearance and Request for Notice by Jane Kim. Filed by Interested Party New Cal−Neva Lodge, LLC (Kim, Jane) (Entered: 09/19/2016) |
| 09/19/2016 |  | 74 | Certificate of Service (RE: related document(s)73 Notice of Appearance and Request for Notice). Filed by Interested Party New Cal−Neva Lodge, LLC (Kim, Jane) (Entered: 09/19/2016) |
| 09/21/2016 |  | 75 | Operating Report for Filing Period Month Ended: 8/31/16 *Monthly Operating Report (Small Real Estate/Individual Case) [Month Ended 8/31/16]* Filed by Debtor Cal Neva Lodge, LLC (Attachments: # 1 Certificate of Service) (Poitras, David) (Entered: 09/21/2016) |
| 09/27/2016 |  | 76 | Withdrawal of Documents (RE: related document(s)57 Response). Filed by Creditor Ladera Development, LLC (Rios, Jason) (Entered: 09/27/2016) |
| 09/27/2016 |  | 77 | Certificate of Service (RE: related document(s)76 Withdrawal of Document). Filed by Creditor Ladera Development, LLC (Rios, Jason) (Entered: 09/27/2016) |
| 09/28/2016 |  | 78 | Consensual Order Approving Motion To Transfer Venue to the Bankruptcy Court for the District of Nevada in Reno, Nevada (Order is effective fourteen days upon entry of this Order) (Related Doc # 32 Motion to Change Venue/Inter−District Transfer) (lj) (Entered: 09/28/2016) |
| 09/30/2016 |  |  | Hearing Held (related document(s): 32 Motion to Change Venue/Inter−District Transfer to the Bankruptcy Court for the District of |

| | | | |
|---|---|---|---|
| | | | Nevada in Reno, NV) (Before hearing, off calendar. A consensual order granting motion was filed on 9/28/16.) (ds ) (Entered: 09/30/2016) |
| 09/30/2016 | | | Hearing Held (related document(s): 20 Chapter 11 Status Conference Order and Notice of Possible Conversion or Dismissal) (Before hearing, matter off calendar. Moot. Motion to transfer case to Nevada has been granted.) (ds ) (Entered: 09/30/2016) |
| 10/07/2016 | | 79 | Motion to Extend Time *Notice of Motion and Motion for Order Pursuant to Section 1121(D) of the Bankruptcy Code Extending the Time Periods During Which the Debtor Has the Exclusive Right to File a Chapter 11 Plan and Solicit Acceptances Thereof; Declaration of Robert Radovan in Support Thereof* Filed by Debtor Cal Neva Lodge, LLC (Attachments: # 1 Certificate of Service) (Poitras, David) pdf includes a Notice of Opportunity and Request for Hearing. Modified on 10/11/2016 (lj). (Entered: 10/07/2016) |