NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  

CAL NEVA LODGE, LLC

BK−16−51281−gwz  
CHAPTER 11

  Debtor(s)  ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by CHRISTOPHER H. HART is **GRANTED**.

Dated: 11/15/16

*Mary A Schott*

Mary A. Schott  
Clerk of Court