DAVID M. POITRAS P.C. (CA Bar No. 141309 – *admitted pro hac vice*)
**JEFFER MANGELS BUTLER & MITCHELL LLP**
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile:  (310) 203-0567
Email:     dpoitras@jmbm.com

JEFFREY L. HARTMAN (Bar No. 1607)
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Facsimile:  (775) 324-1818
Email:     jlh@bankruptcyreno.com

Attorneys for Cal Neva Lodge, LLC,
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CAL NEVA LODGE, LLC,<br><br>　　　　Debtor. | Case No. 3:16-bk-51281-gwz<br><br>Chapter 11<br><br>**DEBTOR'S STATEMENT RE CURRENT STATUS OF DEBTOR'S** *FIRST AMENDED DISCLOSURE STATEMENT PURSUANT TO BANKRUPTCY CODE § 1125 WITH RESPECT TO THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR CAL NEVA LODGE, LLC AND NEW CAL-NEVA LODGE, LLC DATED MARCH 21, 2017*<br><br>**Hearing Date: May 3, 2017**<br>**Hearing Time: 2:00 p.m.** |

**TO THE HONORABLE GREGG W. ZIVE, UNITED STATES BANKRUPTCY JUDGE, AND INTERESTED PARTIES:**

Cal Neva Lodge, LLC, the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), hereby advises the Court that Debtor's proposed plan sponsor, Mayer Financial, L.P. ("Mayer"), has advised the Debtor that as of this date, it is not in a position to formally commit to the transaction described in its letter of intent with the Debtor and as described in Debtor's Joint Plan.[1]  While discussions are ongoing with Mayer concerning Mayer funding Debtor's Joint Plan, at this point in time Mayer is not legally obligated to consummate a transaction with Debtor, and Mayer has cancelled the escrow and escrow has advised Debtor that Mayer's $500,000 initial deposit is being returned to Mayer.  Debtor's goal is to work through the open issues with Mayer over the next 2-3 weeks on terms that will allow Mayer to go forward with a transaction for the Cal Neva Resort.  Debtor will discuss these issues with the Court and parties in interest at the hearing on Debtor's Disclosure Statement.

Respectfully submitted,

DATED: May 1, 2017          **JEFFER MANGELS BUTLER & MITCHELL LLP**

By: _____/s/ *David M. Poitras*_____
    DAVID M. POITRAS P.C. *(admitted pro hac vice)*

- and –

**HARTMAN & HARTMAN**

By: _____/s/ *Jeffrey L. Hartman*_____
    JEFFREY L. HARTMAN

Attorneys for Cal Neva Lodge, LLC, Debtor
and Debtor in Possession

---

[1] This Statement also applies to the New Cal-Neva Lodge, LLC chapter 11 case, 16-51282.

## CERTIFICATE OF SERVICE

I certify that I am an employee of Hartman & Hartman, and that on May 2, 2017, I caused to be served the foregoing document by the following means to the persons listed below:

✓ a. ECF System, to

- PETER J. BENVENUTTI    pbenvenutti@kellerbenvenutti.com
- LOUIS M. BUBALA    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
- DAWN M. CICA    DCica@BlackLoBello.law, mstallsworth@BlackLoBello.law
- JAMIE P. DREHER    jdreher@downeybrand.com, reno@downeybrand.com
- MICHAEL N FEDER    mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-wright.com;MCarter@dickinson-wright.com
- SCOTT D. FLEMING    sfleming@armstrongteasdale.com, thooven@armstrongteasdale.com;oharmon@armstrongteasdale.com;speng@armstrongteasdale.com;ealavi@armstrongteasdale.com
- REW R. GOODENOW    ecf@parsonsbehle.com
- STEPHEN R HARRIS    noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com
- CHRISTOPHER H. HART    chart@nutihart.com, nwhite@nutihart.com
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, sji@bankruptcyreno.com
- JANE KIM    jkim@kellerbenvenutti.com
- MICHAEL D. KNOX    mknox@nvenergy.com
- COURTNEY MILLER O'MARA    comara@fclaw.com, mbyrd@fclaw.com;nlong@fclaw.com
- DAVID M. POITRAS    dpoitras@jmbm.com, bt@jmbm.com
- JASON E. RIOS    jrios@ffwplaw.com, shoang@ffwplaw.com
- ALAN R SMITH    mail@asmithlaw.com
- U.S. TRUSTEE - RN - 11    USTPRegion17.RE.ECF@usdoj.gov

DATED: May 2, 2017.

/S/ Stephanie Ittner
Stephanie Ittner

- 3 -