_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
June 09, 2017

DAVID M. POITRAS P.C. (CA Bar No. 141309 – admitted pro hac vice)
**JEFFER MANGELS BUTLER & MITCHELL LLP**
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
Email: dpoitras@jmbm.com

Jeffrey L. Hartman #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Facsimile: (775) 324-1818
Email: notices@bankruptcyreno.com

Attorneys for for Debtor,
Cal Neva Lodge, LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 16-51281-**GWZ** |
| CAL NEVA LODGE, LLC, | Chapter 11 Case |
| Debtor. | **ORDER FIXING DATES AND OTHER MATTERS REGARDING (1) DISCLOSURE STATEMENTS AND PLANS AND (2) MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY** |
| | **Hearing Date:  June 1, 2017**<br>**Hearing Time: 1:00 p.m.** |
| _____/ | |

     The Court conducted a hearing on June 1, 2017, in both Case No. 16-51281-gwz and

Case No. 16-51282-gwz to consider, among other matters, identical or substantially

identical proposed disclosures statements filed in both cases as follows:  (1) by Cal Neva

1  Lodge, LLC, debtor in case no. 16-51281-gwz (the "Parent Debtor"), on March 21, 2017;

2  (2) by Leslie P. Busick, Paul Jameson, David Marriner, Charles and Judith Munnerlyn,

3  Anthony Zabit, D4S, LLC, dba Dimension 4, and Paul and Evy Paye (collectively, the

4  "Busick Proponents") on May 21, 2017; and (3) by Ladera Development, LLC ("Ladera,"

5  and together with the Parent Debtor and the Busick Proponents, the "Plan Proponents"), on

6  March 21, 2017; as well as motions for relief from the automatic stay filed by Hall CA-NV,

7  LLC, in Case No. 16-51282-gwz and by Ladera in Case No. 16-51281-gwz (collectively the

8  "Stay Relief Motions").  Appearances of counsel were as stated on the record.

9      At the June 1 hearing, each of the Plan Proponents withdrew, without prejudice, their

10 respective proposed disclosure statements.  Also at the June 1 hearing, the Court established

11 a schedule and directed certain other matters, as set forth in this Order, with respect to (1)

12 any additional disclosure statements and plans that may be filed in this case and the Parent

13 Debtor's chapter 11 case, and (2) the Stay Relief Motions.

14     For the reasons stated on the record at the June 1 hearing, and good cause appearing,

15     **IT IS HEREBY ORDERED:**

16     1.    All proposed disclosure statements and related plans (including amendments

17 to any previously filed disclosure statements and plans) must be filed no later than **July 5,**

18 **2017**.  Objections to any such timely filed disclosure statement must be filed and served not

19 later than **July 18, 2017**, and any reply must be filed and served not later than **July 21, 2017**.

20     2.    The Court will consider approval of any disclosure statement filed by the

21 deadline set forth above at a hearing that will be held on **July 25, 2017, at 1:00 p.m. Pacific**

22 **time**.

23     3.    The confirmation hearing will be held on **August 16, 2017, at 10:00 a.m.**

24 **Pacific time** on any plan as to which a disclosure statement is approved at the July 25

25 hearing.  The Court will set, at the July 25 hearing, deadlines relating to solicitation and

26 submission of ballots, objections to confirmation, and other matters relating to confirmation.

27     4.    Any secured creditor that wishes to make an election under 11 U.S.C.

28 § 1111(b) with respect to any plan that relates to a disclosure statement filed by the deadline

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

2

1   set forth herein must do so on or before **August 4, 2017**.

2       5.      The preliminary hearings on the Stay Relief Motions are continued to **July**

3   **25, 2017, at 1:00 p.m. Pacific time**, which shall also be a status conference with regard to

4   the final hearing on such Motions.

5       6.      The final hearing on both Stay Relief Motions shall be held on **August 16,**

6   **2017, at 10:00 a.m. Pacific time**, which shall be an evidentiary hearing.

7       7.      All applicable notice periods are hereby shortened to permit filings by the

8   deadlines set forth herein.

9       8.      This Order shall be entered and shall apply in both Case No. 16-51281-gwz

10  and Case No. 16-51282-gwz.

11

12  PREPARED AND SUBMITTED BY:

13

14  /S/ Jeffrey L. Hartman
    Jeffrey L. Hartman, Esq.
15  HARTMAN & HARTMAN
        and
16  Peter J. Benvenutti
    KELLER & BENVENUTTI
17  Attorneys for Debtor
    NEW CAL-NEVA LODGE, LLC
18

19  APPROVED AS TO FORM:

20

21  /S/ Jeffrey L. Hartman
    Jeffrey L. Hartman, Esq.
22  HARTMAN & HARTMAN
        and
23  David M. Poitras
    JEFFER MANGELS BUTLER & MITCHELL LLP
24  Attorneys for Debtor
    CAL-NEVA LODGE, LLC
25

26

27

28

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

3

1

2

/S/ John D. Fiero
3  John D. Fiero
   Shirley S. Cho
4  PACHULSKI STANG ZIEHL & JONES LLP
   Attorney for the Official
5  Committee of Unsecured Creditors

6

7  /S/ Dawn M. Cica
   Dawn M. Cica
8  BLACK & LOBELLO
   Attorneys for THE PENTA
9  BUILDING GROUP, LLC

10

11 /S/ Frank J. Wright
   Frank J. Wright
12 COATS ROSE, P.C.
   Attorneys for HALL CA-NV, LLC

13

14
   /S/ Jason E. Rios
15 Jason E. Rios
   FELDERSTEIN FITZGERALD
16 WILLOUGHBY & PASCUZZI LLP
   Attorneys for LADERA DEVELOPMENT, LLC

17

18
   /S/ William B. Cossitt
19 William B. Cossitt
   OFFICE OF THE UNITED STATES TRUSTEE
20 Trial Attorney for United States Trustee
   Tracy Hope Davis

21

22
   /S/ Alan R. Smith
23 Alan R. Smith
   Holly E. Estes
24 LAW OFFICE OF ALAN R. SMITH
   Attorneys for BUSICK PLAN PROPONENTS

25

26                                        # # # #

27

28

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

4

ALTERNATIVE METHOD Re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    The court has waived the requirement set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the paper.

__X__    I have delivered a copy of the proposed order to all counsel who appeared at the hearing, any trustee appointed in this case and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below.

*Debtor's Counsel:*

__X__    Prepared / Approved the form of this order

_____    Waived the right to review the order and/or

_____    Appeared at the hearing, waived the right to review the order

_____    Matter unopposed, did not appear at the hearing, waived the right to review the order

_____    Disapproved the form of this order

_____    Did not respond to the paper

*U.S. Trustee:*

__X__    Approved the form of this order

_____    Disapproved the form of this order

_____    Waived the right to review the order and/or

_____    Did not respond to the paper

_____    Did not appear at the hearing or object to the paper

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted by:

HARTMAN & HARTMAN

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman