**DENIED**

_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
August 21, 2017

_____

HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
ESTES LAW
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
*Email: hestes@esteslawpc.com*

Attorney for Creditors/Plan Proponents,
Leslie P. Busick, David Marriner,
Charles and Judith Munnerlyn,
John Paye, Trustee of Paul and Evy Paye, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>CAL NEVA LODGE, LLC,<br><br>    Debtor.<br><br>_____/ | Case No. BK-N-16-51281-GWZ<br>Chapter 11<br><br>**ORDER DENYING APPROVAL OF CREDITORS' THIRD AMENDED JOINT DISCLOSURE STATEMENT**<br><br>Hearing Date: August 16, 2017<br>Hearing Time: 1:00 p.m. |

Creditors/Plan Proponents, Leslie P. Busick, David Marriner, Charles and Judith Munnerlyn, and John Paye, Trustee of Paul and Evy Paye, LLC, filed Creditors' Third Amended Disclosure Statement [DE 233] and the Amendment to Creditors' Third Amended Disclosure Statement [DE 275] which came on for final hearing on the above referenced date and time. The court having placed its findings on the record pursuant to F.R. Bankr. P. 7052 which incorporates F.R. Civ. P. 52 and good cause appearing,

///

1 **IT IS HEREBY ORDERED** that the Creditors' Third Amended Disclosure Statement [DE
2 233] as amended by the Amendment to Creditors' Third Amended Disclosure Statement [DE 275]
3 is hereby DENIED approval.

4 **IT IS SO ORDERED.**

RESPECTFULLY SUBMITTED BY:

ESTES LAW

By: */s/ Holly E. Estes*
    HOLLY E. ESTES, ESQ.
    Attorney for Creditors/Plan Proponents

###