_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
September 18, 2017

Courtney Miller O'Mara (NV Bar No. 10683)
FENNEMORE CRAIG, P.C.
300 E. 2nd Street
Reno, NV 89501
Telephone:    (775) 788-2200
Facsimile:    (775) 786-1177
Email:        comara@fclaw.com

John D. Fiero (CA Bar No. 136557) (*admitted pro hac VICE*)
Shirley S. Cho (CA Bar No. 192616) (*admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone:    (415) 263-7000
Facsimile:    (415) 263-7010
E-mail:       jfiero@pszjlaw.com
              scho@pszjlaw.com

Counsel for the Official
Committee of Unsecured Creditors

E-File: July 12, 2017

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 16-51281-gwz |
| CAL NEVA LODGE, LLC, | Chapter 11 |
| Debtor. | **ORDER DENYING CAL NEVA LODGE, LLC'S MOTION FOR ORDER OF SUBSTANTIVE CONSOLIDATION** |
| | [Re: Docket No. 292] |
| | Hearing Date: September 14, 2017
Hearing Time: 9:00 a.m. |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Upon the motion (the "Motion") of Cal Neva Lodge, LLC for entry of an order substantively consolidating Cal Neva Lodge, LLC and its wholly owned subsidiary New Cal-Neva Lodge, LLC, the above-captioned debtor and debtor in possession ("Debtor"), all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) as to which this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that Notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion, the oppositions thereto, and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, and based on the findings and rulings made on the record, which are incorporated herein pursuant to Federal Rule of Civil Procedure 52 that is made applicable to bankruptcy proceedings under Federal Rule of Bankruptcy Procedure 7052, it is HEREBY ORDERED THAT:

1. The Motion is DENIED without prejudice.

In accordance with LR 9021, counsel submitting this document certifies as follows:

I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order.

Respectfully submitted by:

__/s/ Courtney Miller O'Mara_____
Courtney Miller O'Mara (NV Bar No. 10683)
comara@fclaw.com
**FENNEMORE CRAIG, P.C.**
300 E. 2ND Street, Suite 1510
Reno, NV 89501
Tel: (775) 788-2200    Fax: (775) 786-1177

John D. Fiero (*admitted pro hac vice*)
jfiero@pszjlaw.com
Shirley S. Cho (*admitted pro hac vice*)
scho@pszjlaw.com

1 **PACHULSKI STANG ZIEHL & JONES LLP**
2 150 California Street, 15TH Floor
San Francisco, CA 94111
3 Tel: (415) 263-7000    Fax: (415) 263-7010

4 **Counsel to the Official Committee of Unsecured Creditors**

5 **Approved:**

6 */s/ David M. Poitras*

7 DAVID M. POITRAS
(CA Bar No. 141309 – *admitted pro hac vice*)
8 **JEFFER MANGELS BUTLER & MITCHELL LLP**

9 Counsel for Cal Neva Lodge, LLC

10                                                                  # # #

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA