# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF  NEVADA

In re:                                    §
                                          §
CAL NEVA LODGE, LLC                       §          Case No. 16-51281 GWZ
                                          §
                    Debtor                §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  11  of the United States Bankruptcy Code was filed on  06/10/2016 .  The case was converted to one under Chapter 7 on  02/27/2018 .   The undersigned trustee was appointed on  02/27/2018 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of          $          7,780.21

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 60.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $          7,720.21

The remaining funds are available for distribution.

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)** *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  07/20/2018  and the deadline for filing governmental claims was  08/27/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,528.02 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,528.02 , for a total compensation of $ 1,528.02 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 95.15 , for total expenses of $ 95.15 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/15/2018                          By:/s/JERI COPPA-KNUDSON
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Exhibit A

| Case No: | 16-51281  GWZ  Judge: GREGG W. ZIVE | Trustee Name: | JERI COPPA-KNUDSON |
| --- | --- | --- | --- |
| Case Name: | CAL NEVA LODGE, LLC | Date Filed (f) or Converted (c): | 02/27/18 (c) |
| | | 341(a) Meeting Date: | 04/12/18 |
| For Period Ending: 08/15/18 | | Claims Bar Date: | 07/20/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS  WELLS FARGO CHECKING 2244 | 7,378.00 | 7,378.00 | | 7,780.21 | FA |
| 2. INVESTMENTS  INTEREST IN CORP./SUBJECT TO LITIGATION/NO RECOVERY OF FUNDS TO ESTATE AFTER LEGAL FEES AND SECURITY INTEREST | 10,700,000.00 | 3,688,441.18 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS  WELLS FARGO CHECKING 4100 | 0.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS  WELLS FARGO SAVINGS 0376 | 0.00 | 0.00 | | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS  COMMUNITY BANK CHECKING 3932 | 62.00 | 62.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $10,707,440.00 | $3,695,881.18 | | $7,780.21 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 18, 2018, 11:17 am final account to be done after bar date passes 7/20/2018

May 09, 2018, 11:14 am FA

Initial Projected Date of Final Report (TFR): 08/31/18     Current Projected Date of Final Report (TFR): 08/31/18

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 16-51281 -GWZ | |
| Case Name: | CAL NEVA LODGE, LLC | |
| | | |
| Taxpayer ID No: | *******9582 | |
| For Period Ending: | 08/15/18 | |

| | |
|---|---|
| Trustee Name: | JERI COPPA-KNUDSON |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******2172  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/18 | 1 | WELLS FARGO BANK | TURNOVER OF FUNDS FROM BANK | 1229-000 | 7,780.21 | | 7,780.21 |
| 04/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,765.21 |
| 05/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,750.21 |
| 06/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,735.21 |
| 07/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,720.21 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 7,780.21 | 60.00 | 7,720.21 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,780.21 | 60.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,780.21 | 60.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******2172 | 7,780.21 | 60.00 | 7,720.21 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 7,780.21 | 60.00 | 7,720.21 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        7,780.21        60.00

Ver: 20.00j

LFORM24

EXHIBIT C

Page 1 | ANALYSIS OF CLAIMS REGISTER | Date: August 15, 2018

Case Number:   16-51281
Debtor Name:   CAL NEVA LODGE, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000024 025 2950-00 | UNITED STATES TRUSTEE 300 BOOTH STREET SUITE 3009 RENO, NV 89509 | Administrative | | $325.00 | $0.00 | $325.00 |
| 000025A 028 6820-00 | Franchise Tax Board <B>(ADMINISTRATIVE)</B> Bankruptcy Section MS A340 PO BOX 2952 Sacramento CA 95812-2952 | Administrative | | $1,719.64 | $0.00 | $1,719.64 |
| 000029 028 6700-00 | Jeffer Mangels Butler & Mitchell LLP <B>(ADMINISTRATIVE)</B> Attn: David M. Poitras P.C. 1900 Avenue of the Stars, 7th Floor Los Angeles, California 90067 | Administrative | | $9,905.06 | $0.00 | $9,905.06 |
| 000007 054 5300-00 | ROZLYNN LILLIANA WEIG 411 SOUTH CRESTVIEW RD. PAUL, ID 83347 | Priority | | $0.00 | $0.00 | $0.00 |
| 000009A 057 5800-00 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 | Priority | | $803.68 | $0.00 | $803.68 |
| 000020A 054 5300-00 | Rozlynn Weig 411 South Crestview Road Paul, ID 83347 | Priority | | $12,850.00 | $0.00 | $12,850.00 |
| 000001 070 7100-00 | KOCH ELEVATOR CO 561 SUNSHINE LANE RENO, NV 89502 | Unsecured | | $6,199.97 | $0.00 | $6,199.97 |
| 000002 070 7100-00 | RENO ORNAMENTAL IRON LTD 561 SUNSHINE LANE RENO, NV 89502 | Unsecured | | $201.95 | $0.00 | $201.95 |
| 000003 070 7100-00 | RAPID SPACE, LLC P.O. BOX 7417 RENO, NV 89510 | Unsecured | | $1,896.00 | $0.00 | $1,896.00 |
| 000004 070 7100-00 | CHARTER COMMUNICATIONS ATTN: CASH MANAGEMENT 4670 E FULTON, SUITE 102 ADA, MI 49301 | Unsecured | | $481.36 | $0.00 | $481.36 |
| 000005 070 7100-00 | BRIGHT BUSINESS MEDIA LLC 475 GATE 5 ROAD SUITE 235 SAUSALITO, CA 94965 | Unsecured | | $4,000.00 | $0.00 | $4,000.00 |
| 000006 070 7100-00 | KOLESAR & LEATHAM 400 SOUTH RAMPART SUITE 400 LAS VEGAS, NV 89145-5725 | Unsecured | | $527.00 | $0.00 | $527.00 |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 15, 2018 |

Case Number:    16-51281

Debtor Name:    CAL NEVA LODGE, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | WASHOE COUNTY TREASURER P.O. BOX 30039 RENO, NV 89520 | Unsecured | | $39,510.78 | $0.00 | $39,510.78 |
| 000010 070 7100-00 | INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | Unsecured | | $200.00 | $0.00 | $200.00 |
| 000011 070 7100-00 | DALE COX ARCHITECTS P.O. BOX 459 TRUCKEE, CA 96160 | Unsecured | | $5,105.00 | $0.00 | $5,105.00 |
| 000012 070 7100-00 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG 175 WATER STREET, 15TH FLOOR NEW YORK, NY 10038 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000014 070 7100-00 | LESLIE P. BUSICK 3924 STONE SIFER COURT SACRAMENTO, CA 95821-3912 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000016 070 7100-00 | BELFOR USA GROUP, INC. 185 OAKLAND AVE., SUITE 150 BIRMINGHAM, MI 48009 | Unsecured | | $89,742.11 | $0.00 | $89,742.11 |
| 000018 070 7100-00 | IPREP ACQUISITION, LLC C/O SARAH J. CROW AKIN GUMP STRAUSS HAUER & FELD LLP 1700 PACIFIC AVENUE, SUITE 4100 DALLAS, TX 75201 | Unsecured | | $75,000.00 | $0.00 | $75,000.00 |
| 000019 070 7100-00 | GEORGE STUART YOUNT, INDIVIDUALLY AND OWNER DOWNEY BRAND, LLP 100 W. LIBERTY ST., STE. 900 RENO, NV 89501 | Unsecured | | $1,000,000.00 | $0.00 | $1,000,000.00 |
| 000022 070 7100-00 | GEORGE STUART YOUNT, INDIVIDUALLY AND OWNER DOWNEY BRAND, LLP 100 W. LIBERTY ST., STE. 900 RENO, NV 89501 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000023 070 7100-00 | The Sheraton LLC Sheppard Mullin Richter & Hampton, LLP c/o Michael T. Driscoll 30 Rockefeller Plz New York, NY 10112 | Unsecured | | $3,307,491.54 | $0.00 | $3,307,491.54 |

|  | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: August 15, 2018 |

Case Number:  16-51281

Debtor Name:  CAL NEVA LODGE, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000026 070 7100-00 | ARBOR CARE OF TAHOE P.O. BOX 6239 TAHOE CITY, CA 96145 | Unsecured | | $3,920.00 | $0.00 | $3,920.00 |
| 000027 070 7100-00 | NO LAKE TAHOE FIRE PROTECTION DISTRICT 866 ORIOLE WAY INCLINE VILLAGE, NV 89451 | Unsecured | | $17,418.05 | $0.00 | $17,418.05 |
| 000028 070 7100-00 | CAL NEVA LODGE LLC QUICK SPACE P.O. BOX 7417 RENO, NV 89510 | Unsecured | | $2,607.00 | $0.00 | $2,607.00 |
| 000030 070 7100-00 | CASE DEVELOPMENT SERVICES, LLC 3040 PEACHTREE RD SUITE 1612 ATLANTA GA 30305 | Unsecured | | $36,671.78 | $0.00 | $36,671.78 |
| 000031 070 7100-00 | NEW CAL-NEVA LODGE LITIGATION TRUST C/O PACHULSKI STANG ZIEHL & JONES LLP ATTN: SHIRLEY S. CHO 10100 SANTA MONICA BLVD., 13TH FLOOR LOS ANGELES, CA 90067 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000032 070 7100-00 | LAW OFFICES OF THOMAS J. HALL 305 ARLINGTON AVENUE RENO, NV 89501 | Unsecured | | $5,494.50 | $0.00 | $5,494.50 |
| 000017A 050 4210-00 | LUMOS & ASSOCIATES, INC. 800 E. COLLEGE PARKWAY CARSON CITY, NV 89706 | Secured | | $15,185.00 | $0.00 | $15,185.00 |
| 000021 050 4110-00 | LADERA DEVELOPMENT, LLC C/O JASON E. RIOS 400 CAPITOL MALL, STE 1750 SACRAMENTO, CA 95814 | Secured | | $7,471,110.61 | $0.00 | $7,471,110.61 |
| | Case Totals: | | | $12,108,366.03 | $0.00 | $12,108,366.03 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-51281 GWZ
Case Name: CAL NEVA LODGE, LLC
Trustee Name: JERI COPPA-KNUDSON

Balance on hand                                         $          7,720.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000017A | LUMOS & ASSOCIATES, INC. | $ 15,185.00 | $ 15,185.00 | $ 0.00 | $ 0.00 |
| 000021 | LADERA DEVELOPMENT, LLC | $ 7,471,110.61 | $ 7,471,110.61 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors                  $          0.00

Remaining Balance                                       $          7,720.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JERI COPPA-KNUDSON | $ 1,528.02 | $ 0.00 | $ 1,528.02 |
| Trustee Expenses: JERI COPPA-KNUDSON | $ 95.15 | $ 0.00 | $ 95.15 |
| Fees: UNITED STATES TRUSTEE | $ 325.00 | $ 0.00 | $ 325.00 |

Total to be paid for chapter 7 administrative expenses   $          1,948.17

Remaining Balance                                        $          5,772.04

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Franchise Tax Board | $ 1,719.64 | $ 0.00 | $ 853.86 |
| Other: Jeffer Mangels Butler & Mitchell LLP | $ 9,905.06 | $ 0.00 | $ 4,918.18 |

Total to be paid for prior chapter administrative expenses      $            5,772.04

Remaining Balance      $            0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 13,653.68  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | ROZLYNN LILLIANA WEIG | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009A | FRANCHISE TAX BOARD | $ 803.68 | $ 0.00 | $ 0.00 |
| 000020A | Rozlynn Weig | $ 12,850.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors      $            0.00

Remaining Balance      $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,596,467.04  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | KOCH ELEVATOR CO | $ 6,199.97 | $ 0.00 | $ 0.00 |
| 000002 | RENO ORNAMENTAL IRON LTD | $ 201.95 | $ 0.00 | $ 0.00 |
| 000003 | RAPID SPACE, LLC | $ 1,896.00 | $ 0.00 | $ 0.00 |
| 000004 | CHARTER COMMUNICATIONS | $ 481.36 | $ 0.00 | $ 0.00 |
| 000005 | BRIGHT BUSINESS MEDIA LLC | $ 4,000.00 | $ 0.00 | $ 0.00 |
| 000006 | KOLESAR & LEATHAM | $ 527.00 | $ 0.00 | $ 0.00 |
| 000008 | WASHOE COUNTY TREASURER | $ 39,510.78 | $ 0.00 | $ 0.00 |
| 000010 | INTERNAL REVENUE SERVICE | $ 200.00 | $ 0.00 | $ 0.00 |
| 000011 | DALE COX ARCHITECTS | $ 5,105.00 | $ 0.00 | $ 0.00 |
| 000012 | NATIONAL UNION FIRE INSURANCE COMPANY | $ 0.00 | $ 0.00 | $ 0.00 |
| 000014 | LESLIE P. BUSICK | $ 0.00 | $ 0.00 | $ 0.00 |
| 000016 | BELFOR USA GROUP, INC. | $ 89,742.11 | $ 0.00 | $ 0.00 |
| 000018 | IPREP ACQUISITION, LLC | $ 75,000.00 | $ 0.00 | $ 0.00 |
| 000019 | GEORGE STUART YOUNT, INDIVIDUALLY AND | $ 1,000,000.00 | $ 0.00 | $ 0.00 |
| 000022 | GEORGE STUART YOUNT, INDIVIDUALLY AND | $ 0.00 | $ 0.00 | $ 0.00 |
| 000023 | The Sheraton LLC | $ 3,307,491.54 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000026 | ARBOR CARE OF TAHOE | $ 3,920.00 | $ 0.00 | $ 0.00 |
| 000027 | NO LAKE TAHOE FIRE PROTECTION DISTRICT | $ 17,418.05 | $ 0.00 | $ 0.00 |
| 000028 | CAL NEVA LODGE LLC | $ 2,607.00 | $ 0.00 | $ 0.00 |
| 000030 | CASE DEVELOPMENT SERVICES, LLC | $ 36,671.78 | $ 0.00 | $ 0.00 |
| 000031 | NEW CAL-NEVA LODGE LITIGATION TRUST | $ 0.00 | $ 0.00 | $ 0.00 |
| 000032 | LAW OFFICES OF THOMAS J. HALL | $ 5,494.50 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE