# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: §
§
CAL NEVA LODGE, LLC § Case No. 16-51281
§
       Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JERI COPPA-KNUDSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 10,700,062.00       Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 0.00      Claims Discharged
                                                     Without Payment: 4,610,120.72

Total Expenses of Administration: 7,780.21

---

3) Total gross receipts of $ 7,780.21 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 7,780.21 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 7,486,295.61 | $ 7,486,295.61 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,333.17 | 2,333.17 | 2,008.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 17,396.74 | 17,396.74 | 5,772.04 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 16,319.68 | 13,653.68 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 5,596,467.04 | 4,596,467.04 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 13,118,812.24 | $ 12,116,146.24 | $ 7,780.21 |

    4)  This case was originally filed under chapter 11 on  06/10/2016 , and it was converted to chapter 7 on  02/27/2018 .  The case was pending for 11 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/08/2019                       By:/s/JERI COPPA-KNUDSON
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FINANCIAL ACCOUNTS | 1229-000 | 7,780.21 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,780.21** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000021 | LADERA DEVELOPMENT, LLC | 4110-000 | NA | 7,471,110.61 | 7,471,110.61 | 0.00 |
| 000017A | LUMOS & ASSOCIATES, INC. | 4210-000 | NA | 15,185.00 | 15,185.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 7,486,295.61** | **$ 7,486,295.61** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JERI COPPA KNUDSON | 2100-000 | NA | 1,528.02 | 1,528.02 | 1,528.02 |
| TRUSTEE EXPENSES:JERI COPPA KNUDSON | 2200-000 | NA | 95.15 | 95.15 | 95.15 |
| UNION BANK | 2600-000 | NA | 60.00 | 60.00 | 60.00 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 650.00 | 650.00 | 325.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,333.17 | $ 2,333.17 | $ 2,008.17 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JEFFER MANGELS BUTLER & MITCHELL LL | 6700-000 | NA | 9,905.06 | 9,905.06 | 0.00 |
| JEFFER MANGELS BUTLER & MITCHELL LL | 6710-000 | NA | 4,918.18 | 4,918.18 | 4,918.18 |
| FRANCHISE TAX BOARD | 6820-000 | NA | 2,573.50 | 2,573.50 | 853.86 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 17,396.74 | $ 17,396.74 | $ 5,772.04 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | ROZLYNN LILLIANA WEIG | 5300-000 | NA | 2,666.00 | 0.00 | 0.00 |
| 000020A | ROZLYNN WEIG | 5300-000 | NA | 12,850.00 | 12,850.00 | 0.00 |
| 000009A | FRANCHISE TAX BOARD | 5800-000 | NA | 803.68 | 803.68 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 16,319.68 | $ 13,653.68 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000026 | ARBOR CARE OF TAHOE | 7100-000 | NA | 3,920.00 | 3,920.00 | 0.00 |
| 000016 | BELFOR USA GROUP, INC. | 7100-000 | NA | 89,742.11 | 89,742.11 | 0.00 |
| 000005 | BRIGHT BUSINESS MEDIA LLC | 7100-000 | NA | 4,000.00 | 4,000.00 | 0.00 |
| 000028 | CAL NEVA LODGE LLC | 7100-000 | NA | 2,607.00 | 2,607.00 | 0.00 |
| 000030 | CASE DEVELOPMENT SERVICES, LLC | 7100-000 | NA | 36,671.78 | 36,671.78 | 0.00 |
| 000004 | CHARTER COMMUNICATIONS | 7100-000 | NA | 481.36 | 481.36 | 0.00 |
| 000011 | DALE COX ARCHITECTS | 7100-000 | NA | 5,105.00 | 5,105.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000019 | GEORGE STUART YOUNT, INDIVIDUALLY A | 7100-000 | NA | 1,000,000.00 | 1,000,000.00 | 0.00 |
| 000022 | GEORGE STUART YOUNT, INDIVIDUALLY A | 7100-000 | NA | 1,000,000.00 | 0.00 | 0.00 |
| 000010 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 200.00 | 200.00 | 0.00 |
| 000018 | IPREP ACQUISITION, LLC | 7100-000 | NA | 75,000.00 | 75,000.00 | 0.00 |
| 000001 | KOCH ELEVATOR CO | 7100-000 | NA | 6,199.97 | 6,199.97 | 0.00 |
| 000006 | KOLESAR & LEATHAM | 7100-000 | NA | 527.00 | 527.00 | 0.00 |
| 000032 | LAW OFFICES OF THOMAS J. HALL | 7100-000 | NA | 5,494.50 | 5,494.50 | 0.00 |
| 000014 | LESLIE P. BUSICK | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000012 | NATIONAL UNION FIRE INSURANCE COMPA | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000031 | NEW CAL-NEVA LODGE LITIGATION TRUST | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000027 | NO LAKE TAHOE FIRE PROTECTION DISTR | 7100-000 | NA | 17,418.05 | 17,418.05 | 0.00 |
| 000003 | RAPID SPACE, LLC | 7100-000 | NA | 1,896.00 | 1,896.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | RENO ORNAMENTAL IRON LTD | 7100-000 | NA | 201.95 | 201.95 | 0.00 |
| 000023 | THE SHERATON LLC | 7100-000 | NA | 3,307,491.54 | 3,307,491.54 | 0.00 |
| 000008 | WASHOE COUNTY TREASURER | 7100-000 | NA | 39,510.78 | 39,510.78 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 5,596,467.04 | $ 4,596,467.04 | $ 0.00 |

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1
Exhibit 8

| Case No: | 16-51281 | GWZ | Judge: GREGG W. ZIVE | Trustee Name: | JERI COPPA-KNUDSON |
| --- | --- | --- | --- | --- | --- |
| Case Name: | CAL NEVA LODGE, LLC | | | Date Filed (f) or Converted (c): | 02/27/18 (c) |
| | | | | 341(a) Meeting Date: | 04/12/18 |
| For Period Ending: | 01/08/19 | | | Claims Bar Date: | 07/20/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS<br>WELLS FARGO CHECKING 2244 | 7,378.00 | 7,378.00 | | 7,780.21 | FA |
| 2. INVESTMENTS<br>INTEREST IN CORP./SUBJECT TO LITIGATION/NO RECOVERY OF FUNDS TO ESTATE AFTER LEGAL FEES AND SECURITY INTEREST | 10,700,000.00 | 3,688,441.18 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS<br>WELLS FARGO CHECKING 4100 | 0.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS<br>WELLS FARGO SAVINGS 0376 | 0.00 | 0.00 | | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS<br>COMMUNITY BANK CHECKING 3932 | 62.00 | 62.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $10,707,440.00 | $3,695,881.18 | | $7,780.21 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 18, 2018, 11:17 am final account to be done after bar date passes 7/20/2018

May 09, 2018, 11:14 am FA

LFORM1

Ver: 21.00a

UST Form 101-7-TDR (10/1/2010)  (Page: 8)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 16-51281   GWZ   Judge: GREGG W. ZIVE | Trustee Name:   JERI COPPA-KNUDSON |
| Case Name: | CAL NEVA LODGE, LLC | Date Filed (f) or Converted (c):   02/27/18 (c) |
| | | 341(a) Meeting Date:   04/12/18 |
| | | Claims Bar Date:   07/20/18 |

Initial Projected Date of Final Report (TFR): 08/31/18     Current Projected Date of Final Report (TFR): 08/31/18

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 16-51281 -GWZ | Trustee Name: | JERI COPPA-KNUDSON |
|---|---|---|---|
| Case Name: | CAL NEVA LODGE, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2172  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9582 | | |
| For Period Ending: | 01/08/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/18 | | WELLS FARGO BANK | TURNOVER OF FUNDS FROM BANK | 1229-000 | 7,780.21 | | 7,780.21 |
| 03/19/18 | 1 | Asset Sales Memo: | FINANCIAL ACCOUNTS  $7,780.21 | | | | 7,780.21 |
| 04/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,765.21 |
| 05/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,750.21 |
| 06/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,735.21 |
| 07/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,720.21 |
| 10/26/18 | 010001 | JERI COPPA KNUDSON | TRUSTEE;S FEES AND EXPENSES/DOC#348 | | | 1,623.17 | 6,097.04 |
| | | | Fees          1,528.02 | 2100-000 | | | |
| | | | Expenses           95.15 | 2200-000 | | | |
| 10/26/18 | 010002 | UNITED STATES TRUSTEE | QUARTERLY FEES | 2950-000 | | 325.00 | 5,772.04 |
| 10/26/18 | 010003 | FRANCHISE TAX BOARD | CLAIM # 25 | 6820-000 | | 853.86 | 4,918.18 |
| 10/26/18 | 010004 | JEFFER MANGELS BUTLER & MITCHELL LLP ATTN: DAVID M POITRAS PC 1900 AVENUE OF THE STARS, 7TH FLOOR LOS ANGELES, CA 90067 | ADMINISTRATIVE CLAIM # 29 | 6710-000 | | 4,918.18 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,780.21 | 7,780.21 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,780.21 | 7,780.21 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,780.21 | 7,780.21 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******2172 | 7,780.21 | 7,780.21 | 0.00 |
| | 7,780.21 | 7,780.21 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| Page Subtotals | 7,780.21 | 7,780.21 | |

Ver: 21.00a

LFORM24

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-51281 -GWZ | Trustee Name: | JERI COPPA-KNUDSON |
|---|---|---|---|
| Case Name: | CAL NEVA LODGE, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2172  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9582 | | |
| For Period Ending: | 01/08/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - *******2172)

|  |  |  | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|

Ver: 21.00a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*